UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS BRIGHT, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>FORD MOTOR COMPANY,<br><br>       Defendant. | Case No. 22-cv-07264-VC<br><br>**ORDER TRANSFERRING CASE**<br><br>Re: Dkt. No. 14 |

Transfer is appropriate under both the first-to-file rule and 28 U.S.C. § 1404(a). The two Michigan cases were filed two months earlier than this case. And as putative nationwide class actions, these cases present substantially the same parties and issues. This case could have been brought in the Eastern District of Michigan, and transfer there will serve the convenience of the parties and witness and promote the interests of justice—as the plaintiffs acknowledge, the Eastern District of Michigan will be a convenient place to consolidate these actions and therefore avoid duplicative litigation. Dkt. No. 16 at 10.

The motion to transfer is granted, and the case is ordered transferred to the Eastern District of Michigan.

**IT IS SO ORDERED.**

Dated: February 7, 2023

                                                VINCE CHHABRIA<br>
                                                United States District Judge