## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| STEVEN BECK, DAVID BRADEN, MARK WILLARD, MATTHEW WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 4:22-cv-12079<br><br>Honorable F. Kay Behm<br><br>Magistrate Judge David R. Grand |
| CURTIS BRIGHT, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 4:23-cv-10328<br><br>Honorable F. Kay Behm<br><br>Magistrate Judge Elizabeth A. Stafford |
| RYAN SCOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 4:23-cv-10653<br><br>Honorable F. Kay Behm<br><br>Magistrate Judge David R. Grand |

# **STIPULATED ORDER CONSOLIDATING CASES PURSUANT TO FED. R. CIV. P. 42(a) AND E.D. MICH. L.R. 42.1**

Defendant Ford Motor Co. and Plaintiffs (hereinafter jointly "the Parties") in the three pending cases identified below (hereinafter the "Actions"), pursuant to Fed. R. Civ. P. 42(a) and E.D. Mich. L.R. 42.1, and subject to the Court's approval, stipulate to consolidate the Actions into a single action for any and all purposes, including trial, before the Honorable Judge F. Kay Behm in the Eastern District of Michigan. The Parties further stipulate, subject to the Court's approval, to a schedule for the filing of a consolidated complaint and responsive pleading or motion.

1. On October 12, 2022, the Honorable Paul Borman consolidated *Beck, et al. v. Ford Motor Co.*, Case No. 2:22-cv-12079 (E.D. Mich.) with the related case, *Rhodes, et al. v. Ford Motor Co.*, Case No. 2:22-cv-12110 (E.D. Mich.) to establish this case, captioned as *In re Ford Super Duty Roof-Crush Litigation*. *See* ECF No. 13.

2. In the meantime, two other related cases were filed outside of this District:

    a. *Bright, et al. v. Ford Motor Co.*, Case No. 3:22-cv-07264 (N.D. Cal.), which was transferred to the Eastern District of Michigan on February 8, 2023, and is currently pending before the Honorable F. Kay Behm as Case No. 4:23-cv-10328.

      b. *Scott, et al. v. Ford Motor Co.*, Case No. 3:22-cv-50352 (N.D. Ill.), which was transferred to the Eastern District of Michigan on March 21, 2023, and is currently pending before the Honorable Denise Page Hood as Case No. 2:23-cv-10653. The Parties respectfully suggest that *Scott* can be transferred to Judge Behm as a related case under E.D. Mich. L.R. 83.11.

3.     The Parties stipulate that these two cases (4:23-cv-10328 and 2:23-cv-10653) should be consolidated with *In re Ford Super Duty Roof-Crush Litigation* (4:22-cv-12079), pending before Your Honor. The Parties are not aware of any other pending, related cases.

4.     The Parties stipulate and agree to the following schedule for the filing of a consolidated complaint and a responsive pleading upon the Court's entry of an order consolidating the Actions:

      a. Plaintiffs shall have 30 days from entry of this Order to file a consolidated complaint.

      b. Defendant shall have 45 days from the filing of Plaintiffs' consolidated complaint to file its responsive pleading or motion to the consolidated complaint.

      c. If Defendant files a motion in lieu of an answer, Plaintiffs shall have 45 days to oppose any such motion or amend their complaint.

3

    d. If Plaintiffs file an opposition to any motion, Ford shall have 21 days to file a reply.

5. Plaintiffs will seek to include VIN numbers for their vehicles in the Consolidated Complaint and Defendant's pending Motion for More Definite Statement (ECF No. 18) shall be denied as moot.

6. The Parties agree to use the case caption from the *In re Ford Super Duty Roof-Crush Litigation* in future court filings and all future filings shall be made on that docket, Case No. 4:22-cv-12079, and further agree that the *Bright* and *Scott* Actions shall be closed for administrative purposes.

7. This Proposed Stipulated Order will be submitted in all three of the Actions.

**IT IS SO ORDERED**.

s/F. Kay Behm
F. Kay Behm
United States District Court Judge

Dated: March 28, 2023

**SO STIPULATED:**

Dated: March 23, 2023

By: */s/ Perry W. Miles IV (w/consent)*
Perry W. Miles IV
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1039
pmiles@mcguirewoods.com

Stephanie A. Douglas (P70272)
Derek J. Linkous (P82268)
BUSH SEYFERTH PLLC
100 W. Big Beaver Rd. Suite 400
Troy, MI 48084
(248) 822-7800
douglas@bsplaw.com
linkous@bsplaw.com

*Attorneys for Defendant*

Respectfully submitted,

/s/ *E. Powell Miller*
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Dennis A. Lienhardt, Jr. (P81118)
THE MILLER LAW FIRM, P.C.
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com

Steve W. Berman
Thomas E. Loeser
Shelby Smith
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com
shelby@hbsslaw.com

Joseph H. Meltzer
Melissa L. Troutner
Tyler S. Graden
Jordan E. Jacobson
KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

jmeltzer@ktmc.com
mtroutner@ktmc.com
tgraden@ktmc.com
jjacobson@ktmc.com

*Attorneys for Plaintiffs in In re Ford Super Duty Roof-Crush Litig.*

*/s/ Gretchen F. Cappio*
Gretchen F. Cappio (P84390)
Ryan P. McDevitt (P84389)
Emma M. Wright
KELLER ROHRBACK LLP
1201 3rd Avenue
Ste 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com
ewright@kellerrohrback.com

*Attorneys for Plaintiffs in Bright*

*/s/ Elizabeth A. Fegan*
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr.,
24th Floor
Chicago, IL 60606
Phone: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

Jonathan D. Lindenfeld (pro hac vice forthcoming)
FEGAN SCOTT LLC
140 Broadway
46th Floor
New York, NY 10005

6

Phone: 332.216.2101
Fax: 312.264.0100
jonathan@feganscott.com

J. Barton Goplerud
SHINDLER, ANDERSON, GOPLERUD
& WEESE PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Telephone: (515) 223-4567
goplerud@sagwlaw.com

*Attorneys for Plaintiffs in Scott*